No. 22-1394

_____

United States Court of Appeals
For the First Circuit

_____


CLARE E. MUNDELL,

*Plaintiff–Appellee*,

v.

ACADIA HOSPITAL CORP.,

*Defendant–Appellant*,

EASTERN MAINE HEALTHCARE SYSTEMS,

Defendant.

_____

On Appeal from the United States District Court
for the District of Maine, Portland
Case No. 1:21-cv-00004-LEW

_____


**Appellee's Motion for Withdrawal of Co-Counsel Valerie Z. Wicks**


Under First Circuit Rule 12.0(b), Valerie Z. Wicks moves for consent of the Court to withdraw as co-counsel for Appellee Clare E. Mundell.

1. Attorney Wicks filed her Notice of Appearance for Appellee Clare E. Mundell on May 31, 2022.

2. Attorney Wicks is leaving her employment with Borealis Law, PLLC on August 4, 2023 for another position.

3. Attorney David G. Webbert remains as counsel of record for Appellee.

Because good cause has been shown, it is respectfully requested that this motion for consent to the withdrawal of co-counsel Valerie Z. Wicks be granted.

Date: August 3, 2023

Respectfully submitted,

/s/ Valerie Z. Wicks
Valerie Z. Wicks, Bar No. 1203877
Borealis Law, PLLC
97 India Street
Portland, ME 04101
(207) 613-6580
val@maineworkerjustice.com

# Certificate of Service

      I hereby certify that on August 3, 2023, I electronically filed this document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF System:

| | |
|---|---|
| David G. Webbert, Esq.<br>Johnson & Webbert, LLP<br>1 Bowdoin Mill Island<br>Ste 300<br>Topsham, ME 04086<br>dwebbert@work.law | Janna L. Gau, Esq.<br>Kady S. Huff, Esq.<br>Eaton Peabody<br>80 Exchange Street<br>P.O. Box 1210<br>Bangor, ME 04401<br>jgau@eatonpeabody.com<br>khuff@eatonpeabody.com |
| Melissa A. Hewey<br>Kasia S. Park<br>Drummond Woodsum<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480<br>mhewey@dwmlaw.com<br>kpark@dwmlaw.com | Carol J. Garvan, Esq.<br>Zachary L. Heiden, Esq.<br>Anahita Sotoohi, Esq.<br>ACLU of Maine Foundation<br>P.O. Box 7860<br>cgarvan@aclumaine.org<br>zheiden@aclumaine.org<br>asotoohi@aclumaine.org |
| Sunu Chandy, Esq.<br>National Women's Law Center<br>11 Dupont Circle, NW Suite 800<br>Washington, DC 20036<br>schangy@nwlc.org | Gillian Thomas, Esq.<br>ACLU Foundation<br>Women's Rights Project<br>125 Broad Street<br>New York, NY 10004<br>gthomas@aclu.org |

Dated: August 3, 2023

/s/ Valerie Z. Wicks
Valerie Z. Wicks
First Circuit Bar No. 1203877
Borealis Law, PLLC
97 India Street
Portland, ME 04101
(207) 613-6580
val@maineworkerjustice.com